AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

FILED NOV19'26PM2:28 MDGA-MAC

United States of America
v.
YOUNES MOUSTAFA YOUNES

*Defendant(s)*

Case No. 3:25-mj-00027-CHW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of See attached affidavit in the county of Franklin in the Middle District of Georgia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1956(a)(2) | Money Laundering |
| 18 U.S.C. § 1512(c) | Destruction of Evidence |

This criminal complaint is based on these facts:

See attached affidavit of SSA Kate Palmquist

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

KATE PALMQUIST SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 19, 2026

[signature]
*Judge's signature*

City and state: Macon, Georgia

Charles H. Weigle, U.S. Magistrate Judge
*Printed name and title*